IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00053-CV

 

SignAd, LTD,

                                                                                    Appellant

 v.

 

James Bray,

                                                                                    Appellee

 

 



From the 12th District Court

Madison County, Texas

Trial Court No. 08-11626-012-10

 



MEMORANDUM  Opinion










 

            This is an appeal from the granting of
a motion for summary judgment.  We abated this appeal in order for the trial
court to state its intent as to whether or not the judgment entered was final
for purposes of appeal.  See Lehmann v. Har-Con Corp., 39 S.W.3d
191, 206 (Tex. 2001).  The trial court has entered an agreed order stating that
the order previously entered by the trial court is not a final judgment for
purposes of appeal.  Accordingly, this Court does not have jurisdiction over
this appeal.  See Tex. R. App. P.
42.3(a).  Therefore, this appeal is dismissed for want of jurisdiction.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Dismissed

Opinion
delivered and filed April 14, 2010

[CV06]